**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                          )   Chapter 7 Case
    EMILY PHUONG NGUYEN,            )   Case No. 13-35112
                        Debtor.   )   Hon. Pamela S. Hollis

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:       Deborah K. Ebner, Trustee

Authorized to Provide
Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which
Compensation is Sought:  September 3, 2013 through close of the case

Amount of Fees Sought:   $   1,000.00
Amount of Expense
Reimbursement Sought:    $     110.82

This is an: Interim Application _____ Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|

Not Applicable

                                        Applicant: Deborah K. Ebner, Trustee

Date: August 25, 2014            By:  /s/Deborah K. Ebner
                                                 Deborah K. Ebner Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
| EMILY PHUONG NGUYEN, | ) | Case No. 13-35112 |
| Debtor. | ) | Hon. Pamela S. Hollis |

**FIRST AND FINAL APPLICATION OF TRUSTEE FOR STATUTORY
COMPENSATION AND EXPENSE REIMBURSEMENT**

TO THE HONORABLE Pamela S. Hollis, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed qualified and acting Trustee in these proceedings, and pursuant to Sections 326 and 330 of the United States Bankruptcy Code, tenders the following outline of services rendered in connection with the administration of this Estate, in support of her request for statutory compensation and expense reimbursement:

**TRUSTEE SERVICES[1]**

I.   TASKS

1. Prepared for 341 meeting;

2. Conducted 341 meeting;

3. Administered case;

4. Filed Initial Report of Trustee in Asset Case;

5. Filed Interim Property Record and Asset Reports;

6. Reviewed Claims;

7. Opened Bank Account;

8. Prepared Trustee's Final Report;

9. Prepared in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

10. Anticipated posting and distribution of dividend checks;

---

[1] Outline is a non-exhaustive list of service provided by Trustee.

    11.    Prepared and filed Final Account;

II.    EXPENSES ADVANCED

    12.    There are $110.82 in expenses advanced through the duration of the administration of the Case.

III.    STATUTORY TRUSTEE COMPENSATION CALCULATION

    13.    The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $4,000.00 which is the aggregate of Estate's funds distributed to parties in interest other than the Debtor, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $ 1,000.00 |
| 10% of the next $45,000 | $     0.00 |
| 5% of the next $950,000 | $     0.00 |
| Total allowable compensation | $ 1,000.00 |

IV.    COMPENSATION AND EXPENSE REIMBURSEMENT REQUEST

    14.    Trustee requests her statutory compensation in the amount of **$1,000.00** and the expense reimbursement in the amount to $**110.82**.

V. CONCLUSION

    15.    **For the foregoing reasons, Trustee seeks $1,000.00 in statutory compensation and expense reimbursement in the amount to $110.82.**

    Respectfully submitted,

By:    /s/Deborah K. Ebner
    Deborah K. Ebner, Trustee

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838