**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

In re:                                        )        Chapter 7 Case
    EMILY PHUONG NGUYEN,              )        Case No. 13-35112
                          Debtor.       )        Hon. Pamela S. Hollis


**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:           Law Offices of Deborah Kanner Ebner

Authorized to Provide
Professional Services to:    Trustee

Date of Order Authorizing Employment:   May 29, 2014

Period for Which
Compensation is Sought:      May 29, 2014 through close of the case

Amount of Fees Sought:       $1,412.00
Amount of Expense
Reimbursement Sought:        $     0.00

This is an:  Interim Application _____  Final Application ___X___

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

|                |                  | Total Requested     | Total            |
| Date Filed     | Period Covered   | (Fees & Expenses)   | Allowed and Paid |

Not Applicable

                                      Applicant: Law Office of Deborah Kanner Ebner


Date:  August 25, 2014              By:   /s/Deborah K. Ebner
                                                       Deborah K. Ebner, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In re: | ) | Chapter 7 Case |
|---|---|---|
| EMILY PHUONG NGUYEN, | ) | Case No. 13-35112 |
| Debtor. | ) | Hon. Pamela S. Hollis |

**FIRST AND FINAL APPLICATION FOR THE LAW OFFICE OF
<u>DEBORAH KANNER EBNER FOR LEGAL COMPENSATION</u>**

NOW COMES Deborah K. Ebner ("Ebner") and as and for her Final Application for Legal Compensation pursuant to 11 U.S.C. § 330, duly states as follows:

1. Emily Phuong Nguyen (the "Debtor") filed her voluntary chapter 7 bankruptcy petition ("the Case") on or about September 3, 2013.

2. Deborah K. Ebner is the duly appointed and presently serving Chapter 7 Trustee.

3. On or about May 29, 2014, pursuant to an Order of this Court, Trustee was authorized to employ herself, the Law Office of Deborah Kanner Ebner and her Of Counsel affiliates ("Ebner Law Office") as and for general Counsel. A copy of the Order authorizing the employment of Ebner Law Office is attached hereto as **Exhibit A**.

4. Ebner is an Attorney who has been duly licensed by the State of Illinois for more than thirty years, and has concentrated her practice in the area of bankruptcy law for almost all of those years. During the Application Period, Ebner has rendered 2.8 hours of legal services on behalf of the Trustee as general counsel for which compensation is requested in the amount of $1,106.00.

5. Elizabeth Daleccio ("Liz Daleccio) is an administrative assistant who has been employed by Ebner Law since August 2009 and is billed at $85.00 per hour for the rendition of paraprofessional services that would otherwise have to be accomplished at a higher hourly rate. During the Application Period, Liz Daleccio has rendered 3.6 hours of paraprofessional services on behalf of the Trustee as administrative assistant for which compensation is requested in the

2

amount of $306.00.

6. This Application represents the first and final application Ebner Law Office has filed in this case.

## Services Rendered

7. Since May 29, 2014 through present ("Application Period"), Ebner Law Office has rendered 6.4 hours of legal services on behalf of the Trustee. For these services, Ebner Law Office seeks $1,412.00 as and for legal compensation. Legal services for which Ebner Law Office presently seeks compensation are summarized and affixed hereto as **Exhibit B** and are categorized in the following categories:

6.1 363 Sales: The time spent by Ebner Law in this category relates to the preparation of all pleadings relating to the sale of Debtor's right, title and interest in property of the Estate, as well as court appearances relating thereto. In connection with the foregoing, Ebner Law Office spent 1.8 hours for which it requests allowance and payment of final compensation in the amount of $401.00. The itemized statement of services performed by Ebner Law Office for this matter category is attached as **Exhibit B**. In the table set forth below is a listing of the professionals and paraprofessionals who billed time to each matter category during the Application Period, those hourly rates, and the aggregate amount billed to the matter category by each individual.

| **Name** | **Hours** | **Rate (per hour)** | **Amount** |
|---|---|---|---|
| Deborah K. Ebner | .8 | $395 | $316.00 |
| Liz Daleccio | 1.0 | $85 | $85.00 |
| **Total:** | **1.8** | | **$401.00** |

3

6.2     Claims Administration: The time spent by Ebner Law Office in this category relates to the preparation for and attendance at all matters other than the foregoing matter category.  In connection with the foregoing, Ebner Law Office spent 2 hours for which it requests allowance and payment of final compensation in the amount of $604.00.  The itemized statement of services performed by Ebner Law Office for this matter category is attached as **Exhibit B**. In the table set forth below is a listing of the professionals and paraprofessionals who billed time to each matter category during the Application Period, those hourly rates, and the aggregate amount billed to the matter category by each individual.

| Name | Hours | Rate (per hour) | Amount |
|---|---:|---:|---:|
| Deborah K. Ebner | 1.4 | $395 | $553.00 |
| Liz Daleccio | .6 | $85 | $51.00 |
| **Total:** | **2.0** | | **$604.00** |

6.3     Fee Employment Application: Ebner Law Office prepared and presented Trustee's Motion to Employ herself and her of Counsel affiliates. This time includes attendance at court hearings in connection with these applications. The time also includes the time spent in preparation of the instant motion. In connection with the foregoing, Ebner Law Office spent 2.6 hours for which it requests allowance and payment of interim compensation in the amount of $407.00.  The itemized statement of services performed by Ebner Law Office for this matter category is attached as **Exhibit B**. In the table set forth below is a listing of the professionals and paraprofessionals who billed time to each matter category during the Application Period, those hourly rates, and the aggregate amount billed to the matter category by each individual.

| Name | Hours | Rate (per hour) | Amount |
|---|---|---|---|
| Deborah K. Ebner | .6 | $395 | $237.00 |
| Liz Daleccio | 2.0 | $85 | $170.00 |
| **Total:** | **2.6** | | **$407.00** |

7. Summarized below is an itemization of time spent during the Application period (by the individaul performing the work):

| Attorney/Paraprofessional | Hours | Fees |
|---|---|---|
| Deborah K. Ebner, Attorney | 2.8 | $1,106.00 |
| Liz Daleccio, Admin Assistant | 3.6 | $ 306.00 |
| **TOTAL LEGAL COMPENSATION SOUGHT:** | | **$1,412.00** |

8. Ebner Law Office regularly made and kept records of services on behalf of the Trustee, including a summary or description of the services rendered, the date the services were rendered, the attorney or paralegal who rendered the services, and the time expended to render the services, in one-tenth hour increments.

9. The records were made by the attorney, paralegal or administrative assistant who rendered the services at or about the time the services were rendered, by means of direct entry into a computerized time and billing system maintained by the Ebner Law Office.

10. Ebner Law Office asks this Court to award final compensation in the amount of $1,412.00 for 6.4 hours of service which the firm has rendered during the Application Period on behalf of Trustee. The award Ebner Law Office seeks represents an average rate of compensation of $220.63 per hour.

11. All services for which Ebner Law Office seeks compensation hereunder were rendered solely on behalf of the Trustee.

12. The rates of compensation sought by Ebner Law Office for services rendered to

5

the Trustee are <u>well</u> within the parameters of the rates other attorneys of similar experience, expertise and reputation generally seeks as compensation for comparable services rendered in connection with the bankruptcy proceedings within this District.

13. Ebner Law Office has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement it shall receive for services rendered or expenses incurred on behalf of the Trustee.

14. No person, firm or entity has promised to provide Ebner Law Office any compensation or reimbursement for services rendered or expenses incurred on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any shall be the available funds of the Estate.

15. Except as permitted by Section 504(b) of the Bankruptcy Code, Ebner Law Office has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement it may receive for services rendered or expenses incurred on behalf of the Trustee.

**WHEREFORE**, Applicant Deborah K. Ebner of the Law Office of Deborah Kanner Ebner, respectfully asks this Honorable Court to grant relief, after hearing upon due and proper notice, as follows:

I. To award the Law Office of Deborah Kanner Ebner final compensation in the amount of $1,412.00;

II. To allow, and order the Trustee to disburse to Ebner Law Office the foregoing compensation award and expenses allowed; and

III. To grant Ebner Law Office such other and further relief as the Court upon hearing

6

    shall deem just and equitable.

                                          Respectfully submitted,
                                          Law Office of Deborah K. Ebner

                            By:    /s/Deborah K. Ebner
                                          Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )         BK No.:    13-35112
EMILY PHUONG NGUYEN,                  )
                                      )
                                      )         Chapter: 7
                                      )
                                      )         Honorable Pamela S. Hollis
                                      )
                                      )
        Debtor(s)                     )

**ORDER GRANTING TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER APPROVING EMPLOYMENT OF GENERAL COUNSEL**

    The Court has reviewed the Application (the "Application") of Deborah Kanner Ebner, Chapter 7 Trustee (the "Trustee") for Shailesh Patel (the "Debtor"), for entry of an order, pursuant to § 327(a) of the U.S. Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing her to utilize the legal services of The Law Office of Deborah Kanner Ebner ("Ebner") as counsel to the Chapter 7 Estate (the "Estate") in this case. The Court has also reviewed the Affidavit of Proposed Attorney in accordance with § 327 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "Affidavit") in support of this Application. The Court is satisfied, based upon the representations made in the Application and the Affidavit, that neither Ebner, nor her Firm, hold or represent any interest adverse to the Debtor's Estate or her creditors; that they are disinterested persons as that term is defined in § 101(14) of the Bankruptcy Code; and that the employment of Ebner and her Firm as general counsel is necessary and in the best interests of the Debtor's Estate and her creditors. Proper and adequate notice has been given and no further notice is necessary.

    Based upon the foregoing, IT IS HEREBY ORDERED as follows:

    1. The Application is granted, and the Application is approved in all respects.

    2. Pursuant to § 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014 (a) and 2016, Deborah K. Ebner and the Law Office of Deborah Kanner Ebner are hereby authorized to be retained and employed as general counsel to the Estate to perform the services set forth in the Application.

    3. The Law Office of Deborah Kanner Ebner shall submit Applications for compensation and expense reimbursement in accordance with the procedures set forth in § 327, 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and local rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

    Enter:

                                               Honorable Pamela S. Hollis
Dated: May 29, 2014                            United States Bankruptcy Judge

**Prepared by:**

Law Office of Deborah Kanner Ebner
11 E. Adams Street
Suite 904
Chicago, IL 60603

EXHIBIT A

Printed: 08/22/14 09:40 AM   Page: 1

# Time Sheet Report

**Trustee: DEBORAH K. EBNER, Trustee (330480)**

**Period: 01/01/00 - 08/22/14**

| Case No: | 13-35112 | Case Name: | NGUYEN, EMILY PHUONG | Petition Date: | 09/03/13 |
| --- | --- | --- | --- | --- | --- |
| Case Type: | Assets | Judge: | PAMELA S. HOLLIS | 341a Meeting: | 12/23/13 11:00 |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| 363 Sales | Deborah K. Ebner, Attorney | 05/01/14 | edits to 363 Sale Motion and Order | 0.40 | 395.000 | 158.00 |
| | | 05/02/14 | edits to motion to sell to address filing fee deferral | 0.40 | 395.000 | 158.00 |
| | | | | 0.80 | | $316.00 |
| | Liz Daleccio | 05/01/14 | Preparation of FIrst draft of 363 sale motion + Order + notice | 1.00 | 85.000 | 85.00 |
| | **Subtotal for Category: 363 SALES** | | | **1.80** | | **$401.00** |
| CLAIMS ADMINISTRATION | Deborah K. Ebner, Attorney | 07/24/14 | edit claim objection | 0.40 | 395.000 | 158.00 |
| | | 08/19/14 | for case tocourt appearance on claim objections (sat in court room and waited to. Finally conferred with Scott Alstrda whose matter was on teh call after step up for me as I had a hearing in another courtroom at the same time. Later confer with Scott to get disposition.. | 1.00 | 395.000 | 395.00 |
| | | | | 1.40 | | $553.00 |
| | Liz Daleccio | 07/24/14 | Preparation of draft objection to claim | 0.60 | 85.000 | 51.00 |
| | **Subtotal for Category: CLAIMS ADMINISTRATION** | | | **2.00** | | **$604.00** |
| FEE \ EMPLOYMENT APPLICATIONS | Deborah K. Ebner, Attorney | 05/01/14 | edit retention Application | 0.30 | 395.000 | 118.50 |
| | | 08/21/14 | edits to fee application | 0.30 | 395.000 | 118.50 |
| | | | | 0.60 | | $237.00 |
| | Liz Daleccio | 05/01/14 | preparation of first draft of legal retention application + order + notice | 1.00 | 85.000 | 85.00 |
| | | 08/21/14 | First draft Fee Application | 1.00 | 85.000 | 85.00 |
| | | | | 2.00 | | $170.00 |
| | **Subtotal for Category: FEE \ EMPLOYMENT APPLICATIONS** | | | **2.60** | | **$407.00** |
| **Total for Case: 13-35112** | | | | **6.40** | | **$1,412.00** |
| **Total for Trustee: DEBORAH K. EBNER, Trustee** | | | | **6.40** | | **$1,412.00** |

EXHIBIT B