# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: NGUYEN, EMILY PHUONG             §   Case No. 13-35112
                                        §
                                        §
Debtor(s)                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>DEBORAH K. EBNER, Trustee</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 10/21/2014 in Courtroom 644, United States Courthouse,
219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  09/07/2014        By:  /s/DEBORAH K. EBNER
                                                    Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: NGUYEN, EMILY PHUONG § Case No. 13-35112
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,000.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 3,990.00 |
| **Balance on hand:** | $ 3,990.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,990.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 1,000.00 | 0.00 | 1,000.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 110.82 | 0.00 | 110.82 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,412.00 | 0.00 | 1,412.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,522.82 |
| Remaining balance: | $ 1,467.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,467.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,467.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,217.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 419.12 | 0.00 | 32.01 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 154.91 | 0.00 | 11.83 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 194.16 | 0.00 | 14.82 |
| 4 | First National Bank of Omaha | 9,356.31 | 0.00 | 714.30 |
| 5 | Capital One, N.A. | 480.47 | 0.00 | 36.68 |
| 7 | Capital Recovery V, LLC | 971.14 | 0.00 | 74.14 |
| 8 | Capital Recovery V, LLC | 216.53 | 0.00 | 16.53 |
| 9 | PYOD, LLC its successors assigns as assignee of Citibank | 2,560.14 | 0.00 | 195.45 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | PYOD, LLC its successors assigns as assignee of Citibank, N. | 1,472.55 | 0.00 | 112.42 |
| 11 | PYOD, LLC its successors and assigns as assignee of Citibank | 3,392.54 | 0.00 | 259.00 |

Total to be paid for timely general unsecured claims: $ 1,467.18
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Emily Phuong Nguyen  
    Debtor

Case No. 13-35112-PSH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 2     Date Rcvd: Sep 08, 2014  
                  Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2014.

```
db              +Emily Phuong Nguyen,    2324 W Nichols Rd,    APT# E,    Arlington Heights, IL 60004-1163
20950233       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 982235,
                 El Paso, TX 79998)
20950237        +Best Buy/Capital One,    Bankruptcy Department,    PO Box 71106,    Charlotte, NC 28272-1106
20950221        +CAP1/Bstby,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20950230        +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
20950225        +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
20950220        +COMENITY BANK/Express,    Attn: Bankruptcy Dept.,    Po Box 330066,    Northglenn, CO 80233-8066
21777329         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20950216        +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20950217        +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20950232        +FNB Omaha,    Attn: Bankruptcy Dept.,    Po Box 3412,    Omaha, NE 68103-0412
21517624        +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
20950226        +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls, SD 57117-6282
20950229        +TD BANK USA/Targetcred,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
20950218        +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20950224       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
                 Fargo, ND 58125)
20950236        +Victoria's Secret,    Attn:Bankruptcy Dept.,    PO Box 659728,    San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21852031         E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2014 01:05:56      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20950227        +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:05:55      Gecrb/AMER EAGLE DC,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
20950219        +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:04:38      Gecrb/Amazon,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
20950223        +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:05:55      Gecrb/Walmart,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
20950235        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 09 2014 00:59:01      Kohls,
                 Attn: Bankruptcy Dept.,    PO Box 3084,    Milwauke, WI 53201-3084
20950222        +E-mail/Text: bnc@nordstrom.com Sep 09 2014 00:59:03      Nordstrom FSB,    Attn: Bankruptcy Dept.,
                 Po Box 6555,    Englewood, CO 80155-6555
21480805        +E-mail/Text: bnc@nordstrom.com Sep 09 2014 00:59:03      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
21852497        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2014 01:04:39
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21489773         E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2014 00:59:25
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 9
```

            \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*

```
20950228*       +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
20950231*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
                 Fargo, ND 58125)
20950234*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
                 Fargo, ND 58125)
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: dpruitt              Page 2 of 2             Date Rcvd: Sep 08, 2014
                              Form ID: pdf006            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2014 at the address(es) listed below:
              Deborah   Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah   Kanner Ebner    on behalf of Trustee Deborah   Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner    on behalf of Trustee Deborah   Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shera L Bucchianeri    on behalf of Debtor Emily Phuong Nguyen ndil@geracilaw.com
                                                                                             TOTAL: 5