# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: NGUYEN, EMILY PHUONG                                    Case No.  13-35112-HSP

                                                              Chapter   7
_____ ,
                      Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,224.00            Assets Exempt:  $6,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,467.18         Claims Discharged
                                                   Without Payment: $60,069.69

Total Expenses of Administration: $2,532.82

3)  Total gross receipts of $      4,000.00      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00      (see **Exhibit 2**), yielded net receipts of  $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,532.82 | 2,532.82 | 2,532.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,815.00 | 21,628.54 | 19,217.87 | 1,467.18 |
| **TOTAL DISBURSEMENTS** | $60,815.00 | $24,161.36 | $21,750.69 | $4,000.00 |

4)  This case was originally filed under Chapter 7 on September 03, 2013. The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/31/2014_____   By: _/s/DEBORAH K. EBNER, Trustee_____
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Honda CRV with over 107,427 miles | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | $4,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 110.82 | 110.82 | 110.82 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,412.00 | 1,412.00 | 1,412.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,532.82 | $2,532.82 | $2,532.82 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | 273.00 | 419.12 | 419.12 | 32.01 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | 155.00 | 154.91 | 154.91 | 11.83 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | 118.00 | 194.16 | 194.16 | 14.82 |
| 4 | First National Bank of Omaha | 7100-000 | 9,144.00 | 9,356.31 | 9,356.31 | 714.30 |
| 5 | Capital One, N.A. | 7100-000 | 500.00 | 480.47 | 480.47 | 36.68 |
| 6 | Capital Recovery V, LLC | 7100-000 | N/A | 2,410.67 | 0.00 | 0.00 |
| 7 | Capital Recovery V, LLC | 7100-000 | 697.00 | 971.14 | 971.14 | 74.14 |
| 8 | Capital Recovery V, LLC | 7100-000 | 74.00 | 216.53 | 216.53 | 16.53 |
| 9 | PYOD, LLC its successors assigns as assignee of | 7100-000 | 3,098.00 | 2,560.14 | 2,560.14 | 195.45 |
| 10 | PYOD, LLC its successors assigns as assignee of | 7100-000 | 1,234.00 | 1,472.55 | 1,472.55 | 112.42 |
| 11 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | 3,203.00 | 3,392.54 | 3,392.54 | 259.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 2,226.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | US BANK/NA ND | 7100-000 | 17,040.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Gecrb/ American Eagle | 7100-000 | 2,312.00 | N/A | N/A | 0.00 |
| NOTFILED | US BANK/NA ND | 7100-000 | 4,691.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 3,510.00 | N/A | N/A | 0.00 |
| NOTFILED | US BANK/NA ND | 7100-000 | 1,153.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy/Capital One Bankruptcy Department | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | CAP1/Bstby | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF America | 7100-000 | 11,102.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $60,815.00 | $21,628.54 | $19,217.87 | $1,467.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-35112-HSP

**Case Name:** NGUYEN, EMILY PHUONG

**Period Ending:** 12/31/14

**Trustee:** (330480)   DEBORAH K. EBNER, Trustee

**Filed (f) or Converted (c):** 09/03/13 (f)

**§341(a) Meeting Date:** 10/22/13

**Claims Bar Date:** 05/02/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | US Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Checking account | 124.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods; tv, vcr, stereo, couch, utensil | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel. | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Nail technician license | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 Honda CRV with over 107,427 miles | 10,000.00 | 4,424.00 | | 4,000.00 | FA |
| 8 | **Assets**   Totals (Excluding unknown values) | **$11,224.00** | **$4,424.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee awaits receipt of funding of court approved offer of settlement from debtor.

**Initial Projected Date Of Final Report (TFR):**   December 17, 2017

**Current Projected Date Of Final Report (TFR):**   September 7, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-35112-HSP | **Trustee:** DEBORAH K. EBNER, Trustee (330480) |
| **Case Name:** NGUYEN, EMILY PHUONG | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6166 - Checking Account |
| **Taxpayer ID #:** **-***3387 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 12/31/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/16/14 | {8} | Emily Phuong Nguyen | Per Order -Docket 22 | 1129-000 | 1,000.00 | | 1,000.00 |
| 07/16/14 | {8} | Emily Phuong Nguyen | Per Order -Docket 22 | 1129-000 | 1,000.00 | | 2,000.00 |
| 07/16/14 | {8} | Emily Phuong Nguyen | Per Order -Docket 22 | 1129-000 | 1,000.00 | | 3,000.00 |
| 07/16/14 | {8} | Emily Phuong Nguyen | Per Order - Docket  22 | 1129-000 | 1,000.00 | | 4,000.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 10/21/14 | 101 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $110.82, Trustee Expenses;  Reference: | 2200-000 | | 110.82 | 3,879.18 |
| 10/21/14 | 102 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $1,000.00, Trustee Compensation;  Reference: | 2100-000 | | 1,000.00 | 2,879.18 |
| 10/21/14 | 103 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,412.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,412.00 | 1,467.18 |
| 10/21/14 | 104 | Nordstrom fsb | Dividend paid  7.63% on $419.12; Claim# 1; Filed: $419.12; Reference: XXXXX1759 | 7100-000 | | 32.01 | 1,435.17 |
| 10/21/14 | 105 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid  7.63% on $154.91; Claim# 2; Filed: $154.91; Reference: 3412 | 7100-000 | | 11.83 | 1,423.34 |
| 10/21/14 | 106 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid  7.63% on $194.16; Claim# 3; Filed: $194.16; Reference: XXXXX1759 | 7100-000 | | 14.82 | 1,408.52 |
| 10/21/14 | 107 | First National Bank of Omaha | Dividend paid  7.63% on $9,356.31; Claim# 4; Filed: $9,356.31; Reference: XXXXX1759 | 7100-000 | | 714.30 | 694.22 |
| 10/21/14 | 108 | Capital One, N.A. | Dividend paid  7.63% on $480.47; Claim# 5; Filed: $480.47; Reference: 1359 | 7100-000 | | 36.68 | 657.54 |
| 10/21/14 | 109 | Capital Recovery V, LLC | Dividend paid  7.63% on $971.14; Claim# 7; Filed: $971.14; Reference: XXXXX1759 | 7100-000 | | 74.14 | 583.40 |
| 10/21/14 | 110 | Capital Recovery V, LLC | Dividend paid  7.63% on $216.53; Claim# 8; Filed: $216.53; Reference: XXXXX1759 | 7100-000 | | 16.53 | 566.87 |
| 10/21/14 | 111 | PYOD, LLC its successors assigns as assignee of Citibank | Dividend paid  7.63% on $2,560.14; Claim# 9; Filed: $2,560.14; Reference: XXXXX1759 | 7100-000 | | 195.45 | 371.42 |
| 10/21/14 | 112 | PYOD, LLC its successors assigns as assignee of Citibank, N. | Dividend paid  7.63% on $1,472.55; Claim# 10; Filed: $1,472.55; Reference: XXXXX1759 | 7100-000 | | 112.42 | 259.00 |
| 10/21/14 | 113 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid  7.63% on $3,392.54; Claim# 11; Filed: $3,392.54; Reference: XXXXX1759 | 7100-000 | | 259.00 | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,000.00 | 4,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,000.00** | **$4,000.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-35112-HSP | |
| **Case Name:** NGUYEN, EMILY PHUONG | |
| **Taxpayer ID #:** **-***3387 | |
| **Period Ending:** 12/31/14 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6166** | 4,000.00 | 4,000.00 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/31/2014 07:55 PM    V.13.20